# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

|  |  |
|---|---|
| ROBERT WOZNIAK, <br><br>         Plaintiff, <br><br> vs. <br><br> GLACIER PARK, INC., d.b.a. SNOWGOOSE GRILL, ST. MARY LODGE & RESORT, and ST. MARY VILLAGE; OTIS ELEVATOR COMPANY; and JOHN DOES 1-10, <br><br>         Defendants. | CV 25-65-GF-WWM <br><br> ORDER |

Before the Court is Defendant Otis Elevator Company's Unopposed Motion for the Admission of Joseph A. Manno, *pro hac vice*, in the above-captioned matter. (Doc. 20). It appears that Maxon R. Davis will serve as local counsel in this matter. Mr. Manno's application complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. D. Mont. L.R. Civ. 83.1(d). Accordingly,

**IT IS HEREBY ORDERED** that Defendant Otis Elevator Company's motion to allow Joseph A. Manno to appear before this Court (Doc. 20) is **GRANTED**, on the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(7), including, but not limited to, (a) attendance at depositions and court proceedings, (b) preparation and review of briefs, discovery requests, and discovery responses, and (c) all other activities to the extent necessary for local counsel to be prepared to go forward with the case at all times.

2. Mr. Manno must do his own work. This means that he must (a) do his own writing; (b) sign his own pleadings, motions, and briefs; and (c) appear and participate personally.

3. Admission is personal to Mr. Manno, and does not extend to Tucker Ellis LLP.

4. Mr. Manno shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

5. Local counsel will provide a copy of this Order to Mr. Manno.

**IT IS FURTHER ORDERED** that this Order is subject to withdrawal unless Mr. Manno files a separate pleading acknowledging his admission under the terms set forth above within fifteen (15) days of this Order.

The Clerk of Court is directed to notify the parties of the making of this Order.

2

DATED this 2nd day of March, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE